UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHIRLEY A. CLARK,

    Plaintiff,

v.

                                Case No.: 3:09-cv-518-HES-JRK

ISLAND FOOD STORES, LTD.,

    Defendant.
_____/

### ORDER

Before this Court is the Parties' Joint Stipulation for Dismissal with Prejudice (Doc. 10, filed March 25, 2010). Pursuant to the notice and based upon the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

The above case is hereby **DISMISSED with prejudice**. The Clerk is hereby directed to terminate all pending motions and **CLOSE** the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 31st day of March, 2010

                                            HARVEY E. SCHLESINGER
                                            United States District Judge

Copies to:
Todd W. Shulby, Esq.
John Finlay MacLennan, Esq.